642

No. —, original. Ex parte Filer & Stowell Co. et al. March 8, 1937. The motion for leave to file petition for writ of certiorari herein is denied.

No. —, original. Texas v. New York et al. March 8, 1937. Argued on the motion for leave to file bill of complaint and the returns to the rule to show cause, by *Messrs. William McCraw* and *Llewellyn B. Duke* for the State of Texas, complainant; *Mr. James J. Ronan* for the Commonwealth of Massachusetts, defendant; and *Mr. H. E. Carter* for the State of Florida, defendant. Motion for leave to file bill of complaint denied without prejudice.

No. 742. Illinois ex rel. DeBardas v. Toman, Sheriff of Cook County. Motion to dismiss distributed March 6, 1937. Decided March 15, 1937. *Per Curiam:* The motion for leave to file the statement as to jurisdiction is granted. The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Wm. Scott Stewart* for appellant. *Mr. Otto Kerner* for appellee.